UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | CRIMINAL CASE NO. 5:90-CR-71 (MTT) |
| DANIEL PENA, : | |
| : | |
| Defendant. : | |
| : | |

### ORDER TO DISMISS

Before the Court is the United States' motion to dismiss the above-styled Indictment as to Defendant DANIEL PENA pursuant to Federal Rule of Criminal Procedure 48(a) due to the Defendant being a fugitive. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Indictment, Doc. 1 and hereby ORDERS that the pending Indictment against Defendant DANIEL PENA be DISMISSED without prejudice.

**SO ORDERED**, this 5th day of May, 2025.

S/ Marc T. Treadwell
MARC T TREADWELL, JUDGE
UNITED STATES DISTRICT COURT